# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156128(108)

GARY HENRY and KATHY HENRY,
      Plaintiffs-Appellees,

v

DOW CHEMICAL COMPANY,
      Defendant-Appellant.

_____/

SC: 156128
COA: 328716
Saginaw CC: 03-047775-NZ

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 13, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2017



Clerk